1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SANDY MYERS,

            Plaintiff,

     v.

BLUE CROSS OF CALIFORNIA (D/B/A/
ANTHEM BLUE CROSS), a California
corporation, and ANTHEM, Inc., an Indiana
corporation,

            Defendants.

Case No. 5:15-CV-01766-LHK

**REFERRAL ORDER (*MYERS*)**

This case, *Myers v. Blue Cross of California, et al.*, No. 5:15-CV-01766-LHK ("*Myers*"), was filed on April 20, 2015. ECF No. 1. On May 7, 2015, *Myers* was reassigned to the Honorable Lucy H. Koh. ECF No. 6. The Court is prepared to relate *Myers* to *In re Anthem, Inc. Data Breach Litigation*, No. 5:15-MD-02617-LHK ("*Anthem MDL*"), pursuant to Civil L.R. 3-12(c). The parties must file a response in opposition to or in support of relating the case pursuant to Civil L.R. 3-12(e).

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

**IT IS SO ORDERED.**

Dated: July 2, 2015

_Lucy H. Koh_
_____
LUCY H. KOH
United States District Judge

2

Case No. 5:15-CV-01027-LHK
REFERRAL ORDER (*MYERS*)